CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 26 2015

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ISRAEL RAY COOPER,** ) | Civil Action No. 7:14-cv-00700 | |
| Plaintiff, ) | | |
| ) | **MEMORANDUM OPINION** | |
| v. ) | | |
| ) | By: Hon. Glen E. Conrad | |
| **B. A. WRIGHT, et al.,** ) | Chief United States District Judge | |
| Defendant(s). ) | | |

Israel Ray Cooper, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered January 5, 2015, the court directed Cooper to execute and return within 10 days a consent form agreeing to pay the filing fee through installments from his inmate trust account. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice. The order also advised plaintiff that the court would take no action on any pending motion or other substantive matter until plaintiff had fully complied with prefiling conditions, including consent to payment of the filing fee.

More than 10 days have elapsed, and Cooper has failed to submit his executed consent to fee form as directed. Based on his failure to comply with the court's order, the action will be dismissed without prejudice. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of January, 2015.

/s/ Glen Conrad
Chief United States District Judge